**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00265-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,
v.

2. SIDNEY GARY,

    Defendant.

---

**MINUTE ORDER**[1]

---

On **October 20, 2011**, commencing at 2:30 p.m. the court shall conduct a revocation of supervised release violation hearing in this matter.

Dated: August 18, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.