# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 09-cr-00265-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  SIDNEY GARY,

    Defendant.

---

# ORDER

**Blackburn, J.**

The matter is before me on the **Clarification of Representation of Defendant Sidney Gary** [#190][1] filed on October 19, 2011. Having considered the record and report carefully, I find and conclude that the report, recommendations, and requests of co-counsel should be approved.

**THEREFORE, IT IS ORDERED**

1. That Peter R. Bornstein, Esq., and Richard N. Stuckey, Esq., shall represent the defendant, Sidney Gary, in this action;

2. That as agreed by co-counsel, Peter R. Bornstein, Esq., shall serve as lead counsel;

3. That the appointment, service, and compensation of Messr Bornstein shall be governed in relevant part by the Criminal Justice Act (CJA) and its relevant regulations; and

---

[1] "[#190]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).

4.  That Messr Stuckey shall serve *pro bono*.

Dated October 20, 2011, at Denver, Colorado.

                                          **BY THE COURT:**

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge